# CLEVELAND, CINCINNATI, CHICAGO & ST. LOUIS RAILWAY COMPANY *v.* THE STATE.

[No. 2,272. Filed May 12, 1905. Motion to reinstate denied June 29, 1905.]

APPEAL AND ERROR.—*Dismissal.*—*Motion to Reinstate.*—Where the transcript upon appeal became lost, and upon the order of the Appellate Court to file a substituted transcript the appellant filed a "partial transcript" with no assignment of errors, and no reason was given why such assignment was not substituted, such appeal will be dismissed; and where appellant has not supplied such omission, a motion to reinstate such appeal will be overruled.

From the Boone Circuit Court; *Stephen Neal,* Judge.

Prosecution by the State of Indiana against the Cleve-

land, Cincinnati, Chicago & St. Louis Railway Company. From a judgment of conviction, defendant appeals. *Appeal dismissed and motion to reinstate overruled.*

*John T. Dye, Ralston & Keefe* and *Elliott, Elliott & Littleton,* for appellant.

PER CURIAM.—Ordered that the above-entitled appeal be dismissed.

## ON PETITION TO REINSTATE.

PER CURIAM.—In May, 1901, this court directed the clerk to notify the parties and attorneys in this cause to cause the record and all papers filed therein to be returned to the clerk's office within thirty days from that date. Subsequently, in October, 1901, the court made the following order: "It appearing that the record and papers in this cause are off the files, and can not be found, it is ordered that the appellant substitute the record and papers, and cause such substituted record and papers to be filed within thirty days from this date, and the clerk is directed to serve upon appellant, or its attorneys, a certified copy of this order forthwith." On November 8, 1901, within the time above specified, appellant filed a "partial transcript with appellant's motion to vacate order for substitution and to reverse the judgment of the trial court." Along with this partial transcript were filed certain affidavits and a copy of appellant's brief filed September 28, 1896, soon after the transcript was filed. This partial transcript filed does not contain any assignment of errors, nor is any reason given for not substituting the assignment of errors when the partial record was substituted and filed November 8, 1901. The partial transcript filed properly shows enough of the proceedings in the trial court to present to this court for review, under an assignment of error to that effect, the action of the trial court in overruling the motion to quash the

indictment. But as this partial transcript contained no assignment of errors, and no reason was shown for not substituting the assignment of errors, the cause was, on May 12, 1905, dismissed, without a written opinion, and, as the record is now as it was then, the motion to reinstate is overruled.